

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00459-CV

**FIBERLIGHT, LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

     The reporter's record was originally due on July 7, 2014. On July 15, 2014, the court reporter filed a Notification of Late Record, stating that the reporter's record has not been filed because appellant has not designated the record or paid or made arrangements to pay the reporter's fee for preparing the record.

     If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, no later than July 28, 2014, that a reporter's record be prepared and (2) designate in writing, no later than July 28, 2014, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than July 28, 2014.

     It is also ORDERED that appellant provide written proof to this court no later than July 28, 2014 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

Keith E. Hottle
Clerk of Court